UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>LOUIS EDWARDS,<br><br>             Defendant. | Case No. 2:21-cr-00174-JAD-DJA<br><br>**ORDER**<br>ECF No. 14 |

**ORDER**

Based on the parties stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for August 24, 2021 at 11:00 a.m. is vacated and continued to November 1, 2021, at 11:00 a.m.

DATED this 23rd day of August, 2021.

_____
**UNITED STATES DISTRICT COURT JUDGE**