# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOUIS L. EDWARDS,<br><br>　　　　Defendant. | Case No. 2:21-cr-00174-JAD-DJA<br><br>**ORDER**<br><br>ECF No. 16 |

　　　Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for November 1, 2021 at 11:00 a.m., be vacated and continued to December 7, 2021, at 2:00 p.m.

　　　DATED this 26th day of October 2021.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE