# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LOUIS L. EDWARDS,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00174-JAD-DJA<br><br>**ORDER**<br><br>ECF No. 20 |

　　Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for December 7, 2021 at 2:00 p.m., be vacated and continued to February 1, 2022, at 1:30 p.m.

　　DATED this 3rd day of December 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE