UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>LOUIS L. EDWARDS,<br><br>        Defendant. | Case No. 2:21-cr-00174-JAD-DJA<br><br>**ORDER**<br><br>ECF No. 32 |

      Based on the parties' stipulation, IT IS ORDERED that the hearing currently scheduled for February 23, 2023 at 10:00 a.m., be vacated and continued to March 6, 2023, at 10:00 a.m.

      DATED this 21st day of February, 2023.

 

_____
UNITED STATES DISTRICT JUDGE